A. J. P. CONTRACTING CORP. and 74-JACKSON CORP., Appellants, v. BROOKLYN BUILDERS SUPPLY COMPANY, Defendant; REYNOLDS CORPORATION and REYNOLDS

METALS COMPANY, INC., Respondents.— In an action to recover damages in the nature of expense occasioned by removal of lath which was unsuitable as a base for plaster, order dismissing complaint for insufficiency as against defendants Reynolds Corporation and Reynolds Metals Company, Inc., and judgment entered in accordance therewith, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ. [171 Misc. 157.]